**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

| | | |
|---|---|---|
| In re: CARL R. WILSON, JR. | § | Case No. 08-73853 |
| DANA K. WILSON | § | |
| | § | |
| Debtors | § | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/26/2008.

2) The plan was confirmed on 03/20/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 05/18/2009, 07/14/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/11/2011.

5) The case was dismissed on 04/15/2011.

6) Number of months from filing or conversion to last payment: 24.

7) Number of months case was pending: 30.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $8,495.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 9,768.00 |
| Less amount refunded to debtor | $ 0.00 |

**NET RECEIPTS** $ 9,768.00

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,500.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 639.72 |
| Other | $ 0.00 |

**TOTAL EXPENSES OF ADMINISTRATION** $ 4,139.72

Attorney fees paid and disclosed by debtor:   $ 0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY GARY C FLANDERS | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Sec | 9,000.00 | 13,776.51 | 9,000.00 | 3,916.42 | 1,711.86 |
| CAPITAL ONE AUTO FINANCE | Uns | 1,500.00 | 0.00 | 4,776.51 | 0.00 | 0.00 |
| CARRINGTON MORTGAGE | Sec | 5,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| REAL TIME RESOLUTIONS INC. | Sec | 1,200.00 | 695.04 | 695.04 | 0.00 | 0.00 |
| 500 FAST CASH | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Uns | 320.00 | 321.98 | 321.98 | 0.00 | 0.00 |
| ALL STATE | Uns | 180.00 | NA | NA | 0.00 | 0.00 |
| ANIMAL MEDICAL | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Uns | 90.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| AVON | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| BALLEY TOTAL FITNESS | Uns | 700.00 | NA | NA | 0.00 | 0.00 |
| CAMELOT RADIOLOGY | Uns | 45.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Uns | 13,600.00 | 13,776.51 | 13,776.51 | 0.00 | 0.00 |
| CASH ASAP | Uns | 800.00 | NA | NA | 0.00 | 0.00 |
| CASH DIRECT EXPRESS | Uns | 800.00 | NA | NA | 0.00 | 0.00 |
| CENDRA WILLS | Uns | 300.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CHILDRENS BOOK CLUB | Uns | 45.00 | NA | NA | 0.00 | 0.00 |
| COLUMBIA HOUSE | Uns | 70.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 165.00 | NA | NA | 0.00 | 0.00 |
| COMED | Uns | 550.00 | 608.81 | 608.81 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 800.00 | 544.33 | 544.33 | 0.00 | 0.00 |
| CVS / CAREMARK | Uns | 60.00 | NA | NA | 0.00 | 0.00 |
| DIRECT TV / CBCS | Uns | 270.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Uns | 145.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICES | Uns | 120.00 | 169.60 | 169.60 | 0.00 | 0.00 |
| GEICO | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE | Uns | 340.00 | 2,757.01 | 2,757.01 | 0.00 | 0.00 |
| HILL CREST ANIMAL HOSPITAL | Uns | 125.00 | NA | NA | 0.00 | 0.00 |
| JANET WATTLES | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| JOSEPH SCHOENING | Uns | 170.00 | NA | NA | 0.00 | 0.00 |
| LAURA GEIGER | Uns | 3,000.00 | NA | NA | 0.00 | 0.00 |
| MATHERS CLINIC | Uns | 145.00 | 145.00 | 145.00 | 0.00 | 0.00 |
| NATIONAL CITY | Uns | 385.00 | NA | NA | 0.00 | 0.00 |
| NICOR | Uns | 160.00 | NA | NA | 0.00 | 0.00 |
| ONE SPIRIT | Uns | 65.00 | NA | NA | 0.00 | 0.00 |
| OSF MEDICAL GROUP | Uns | 2,000.00 | NA | NA | 0.00 | 0.00 |
| OSF ST. ANTHONY | Uns | 740.00 | NA | NA | 0.00 | 0.00 |
| PER MAR SECURITY | Uns | 230.00 | 228.19 | 228.19 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 940.00 | 189.90 | 189.90 | 0.00 | 0.00 |
| ROCK RIVER WATER | Uns | 65.00 | 120.63 | 120.63 | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 260.00 | 1,449.33 | 1,449.33 | 0.00 | 0.00 |
| ROCKFORD RADIOLOGY | Uns | 85.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD REGISTER STAR | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 40.00 | 788.10 | 788.10 | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL | Uns | 950.00 | 1,730.50 | 1,730.50 | 0.00 | 0.00 |
| THE LOAN SHOP | Uns | 390.00 | NA | NA | 0.00 | 0.00 |
| VERISON WIRELESS | Uns | 650.00 | 573.33 | 573.33 | 0.00 | 0.00 |
| WINNEBAGO COUNTY ANIMAL | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| WORLD ACCEPTANCE | Uns | 1,125.00 | 961.78 | 961.78 | 0.00 | 0.00 |
| BALLY FITNESS | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| HOME CHOICE | Sec | 0.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Case 08-73853   Doc 63   Filed 06/17/11   Entered 06/17/11 09:27:11   Desc Main
          Document      Page 4 of 6


**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PREMIER HOME FURNISHINGS | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| ISG ENERGY, INC. | Uns | 160.00 | NA | NA | 0.00 | 0.00 |
| MATT MORGAN | Uns | 270.00 | 300.00 | 300.00 | 0.00 | 0.00 |
| ROCKFORD ACADEMY OF TAE | Uns | 1,800.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CITY BANK | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| ONLINE FITNESS | Uns | 350.00 | NA | NA | 0.00 | 0.00 |
| FINGERHUT DIRECT | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 0.00 | 25.00 | 25.00 | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 695.04 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 9,000.00 | $ 3,916.42 | $ 1,711.86 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 9,695.04 | $ 3,916.42 | $ 1,711.86 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 29,466.51 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 4,139.72 |
| Disbursements to Creditors | $ 5,628.28 |
| **TOTAL DISBURSEMENTS:** | $ 9,768.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  06/16/2011              By:  /s/ Lydia S. Meyer
                                    Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)